TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | POSSESSION OF |
| v. | ) | METHAMPHETAMINE WITH |
| | ) | INTENT TO DISTRIBUTE |
| JERRY BENJAMIN FRANKLIN, JR., | ) | Vio. of 21 U.S.C. §§ 841(a)(1) and |
| | ) | 841(b)(1)(B) |
| Defendant. | ) | |
| | ) | COUNT 2: |
| | ) | ATTEMPT TO MANUFACTURE |
| | ) | METHAMPHETAMINE |
| | ) | Vio. 21 U.S.C. §§ 846 and |
| | ) | 841(b)(1)(C) |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 26, 2005, in Anchorage, within the District of Alaska, the defendant, JERRY BENJAMIN FRANKLIN, JR., did knowingly and intentionally possess with intent to distribute a mixture and substance containing 5 grams or more of actual methamphetamine, its salts, isomers, or salts of its isomers, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

Beginning at a time unknown to the Grand Jury, and ending on or about August 26, 2005, in Anchorage, within the District of Alaska, the defendant, JERRY BENJAMIN FRANKLIN, JR., did unlawfully and knowingly attempt to manufacture a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and the defendant, JERRY BENJAMIN FRANKLIN, JR., took a substantial step in furtherance of said attempt, to wit: acquiring, assembling and

//

//

transporting literature, chemicals and equipment necessary for the manufacture of methamphetamine, all of which is in violation of Title 21, United States Code, Section 846 and 841(b)(1)(C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019


s/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: tim.burgess@usdoj.gov


DATED: 1/17/06