

**United States Department of Justice**
United States Marshals Service
District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Franklin, Jerry B. JR |
| DATE OF BIRTH: | 06/03/1961 |
| CHARGE: | Drugs |
| CASE NUMBER: | 3:06-CR-00008-JWS |
| PLACE HELD: | Fairbanks Correctional Center |
| DATE OF ARREST: | 02/03/2006 |
| TIME OF ARREST: | 23:45 |
| PLACE ARRESTED: | Fairbanks |
| ARRESTED BY: | DEA Case/ Rikk Rambo – ANC Office |

REMARKS: Subject was arrested over the weekend by FBKS Police. IN CUSTODY in FAI

BOOKED IN ENGLISH: YES __X__ NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM JOHN OLSON OR SDUSM STACY MELTON AT (907) 271-5154. THANK YOU.