```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __Jerry B. Franklin__   CASE NO. __3:06-CR-00008(TWH)__
Defendant: __Present X__ In Custody __ On Summons __ On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____SHANNON JOHNSON_____

UNITED STATES' ATTORNEY: _____STEVEN COOPER_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____MARCI LUNDGREN_____
 *_Telephonic Appearance

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT - HELD FEBRUARY 7, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:01:16 p.m. court convened.

Defendant sworn in for financial status. Judge confirms with Defendant that it is true. Appoints public defender.

All parties confirm that they received a copy of the indictment.

Ms. Haden waives the reading of the charges. Enters plea on behalf of Defendant of not guilty to both felony counts against Defendant.

Trial date set for April 12, 2006 at 9:00 a.m. in front of Judge Sedwick. Discovery due by 2/17/06. Pretrial Memo due by 2/27/06. Pretrial conference set for April 12, 2006 at 8:30 a.m.

Mr. Cooper recommends detention and requests hearing.

Hearing set for 11:00 a.m. on February 17, 2006 in front of Judge Roberts in Anchorage, Alaska.

At 1:18:47 p.m. court adjourned.

DATE: __02/07/2006_____      DEPUTY CLERK'S INITIALS: _scj___