AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
FEB 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

**~~SECRET~~**
**WARRANT FOR ARREST**

V.
JERRY BENJAMIN FRANKLIN, JR.

CASE NUMBER: 3:06-cr-00008-JWS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JERRY BENJAMIN FRANKLIN, JR. and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense):
21:841(a)(1) and 841(b)(1)(B) - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE - Count 1
21:846 and 841(b)(1)(C) - ATTEMPT TO MANUFACTURE METHAMPHETAMINE - Count 2

in violation of Title  United States Code, Section(s)

Ida Romack
Name of Issuing Officer

by *Pamela L. Pult*  Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

January 18, 2006 at Anchorage, Alaska
Date and Location

Bail Fixed at $ to be determined

**REDACTED SIGNATURE**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Fairbanks Airport — Fairbanks Alaska |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 18 JAN 2006 | John Olson USMS DUSM | /s/ |
| DATE OF ARREST 03 FEB 2006 | | |