M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

　　　　　Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an order vacating the February 17, 2006, detention hearing and consents to an entry of a detention order.  At the present time, Mr. Franklin is in custody and does not have a completed proposal for his release.  Should Mr. Franklin's circumstances change, he will approach the court in writing for a bail review hearing.  Mr. Franklin asks that the February 17 detention hearing be vacated.

///

///

///

DATED this 16th day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden