UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>    Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**ORDER VACATING DETENTION HEARING** |

   After due consideration, defendant's motion for expedited consideration is GRANTED. Accordingly, Defendant's motion to vacate detention hearing scheduled for February 17, 2006 is hereby GRANTED.

   DATED this __16th__ day of February, 2006, at Anchorage, Alaska.

       /s/ JOHN D. ROBERTS
       JOHN D. ROBERTS
       United States Magistrate Judge