M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>                Defendant. | Case No. 3:06-cr-0008-JWS<br><br>NON-OPPOSED MOTION FOR TWO WEEK EXTENSION TO FILE PRETRIAL MOTIONS, *filed on shortened time* |

       Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, moves this court for an additional two weeks to review and prepare pretrial motions.  The current due date is February 27, 2006.  The new due date would be March 13, 2006.  Trial is not set until April 12, 2006.

       This motion is non-opposed by Assistant United States Attorney James Barkeley.

       This motion is filed in order to provide Ms. Haden and opportunity to review discovery.  Ms. Haden presently is on leave and not set to return until March 6, 2006.

Discovery was not provided to her office until Friday, February 24, 2006, and Monday, February 27, 2006. She is not now present to review it and will not be back until March 6.

DATED this 27th day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden