UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>        Defendant. | Case No. 3:06-cr-0008-JWS<br><br>PROPOSED<br>ORDER EXTENDING TIME TO FILE<br>PRETRIAL MOTIONS |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Non-Opposed Motion for Two Week Extension to File Pretrial Motions, the motion is GRANTED/DENIED. Pretrial motions shall be due on or before March 13, 2006.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge