UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>    Defendant. | Case No. **3:06-cr-0008-JWS-JDR**<br><br>ORDER<br>EXTENDING TIME TO FILE PRETRIAL MOTIONS |

   After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

   After due consideration of defendant's Non-Opposed Motion for Two Week Extension to File Pretrial Motions, the motion is GRANTED. Pretrial motions shall be due on or before March 13, 2006.

   DATED February 27, 2006, in Anchorage, Alaska.

              <u>/s/ John D. Roberts</u>
              JOHN D. ROBERTS
              United States Magistrate Judge