M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**MOTION ON SHORTENED TIME TO ACCEPT DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND MOTION FOR EVIDENTIARY HEARING ONE DAY LATE** |

　　　　Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to accept Mr. Franklin's Motion to Suppress Evidence and Motion for Evidentiary Hearing Regarding Defendant's Motion to Suppress Evidence one day late. The pretrial motions date in this case was scheduled for Monday, March 13, 2006. Undersigned counsel was in Fairbanks, Alaska, on Monday. Due to a problem with the computer in the Fairbanks office, counsel was unable to complete the motion and to electronically file the motion. Mr. Franklin requests that he be allowed to file the motion one day late.

　　　　Counsel apologizes for any inconvenience to the court and counsel.

DATED this 14th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 14, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden