UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>        Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**PROPOSED<br>ORDER ACCEPTING<br>ONE DAY LATE FILINGS** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Motion to Accept Defendant's Motion to Suppress Evidence and Motion for Evidentiary Hearing One Day Late, the court GRANTS/DENIES the motion. The clerk of court is hereby directed to accept the motions for filing.

DATED March _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge