M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>    Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**MOTION TO SUPPRESS EVIDENCE** |

    Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, moves this court for the suppression of all evidence obtained as the result of the August 26, 2005, traffic stop at the intersection of Spenard Road and Minnesota Boulevard.  Initially a search of Mr. Franklin's vehicle was made without a warrant and is therefore presumptively in violation of the Fourth Amendment of the United States Constitution.  In addition, a warrant was issued based on the fruits of the illegal, warrantless search.  Probable cause to support the warrant did not exist absent the illegally obtained evidence.  Thus, Mr. Franklin asks that all evidence be suppressed.  <u>Wong Sun v. United States</u>, 371 U.S. 471 (1963).

This motion is made pursuant to the Fourth Amendment of the United States Constitution and Rule 12 of the Federal Rules of Criminal Procedure. This motion is supported by the attached memorandum of law and is based on the facts and information of which the defense is presently aware. Mr. Franklin is filing a separate request for an evidentiary hearing on the matter.

DATED this 14th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 14, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden