M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>            Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**MOTION FOR EVIDENTIARY HEARING REGARDING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |

       Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, moves this court for an evidentiary hearing regarding Mr. Franklin's Motion to Suppress Evidence.  Mr. Franklin seeks an evidentiary hearing in which the government must carry its substantial burden of showing the constitutionality of the initial warrantless search.  Mr. Franklin also respectfully requests that the court establish a briefing schedule after the evidentiary hearing so that the factual issues in this case may be developed adequately before briefing.  Undersigned counsel will be out of the office on a long-planned, prepaid, trip into a remote area of the state from March 20, 2006, through March 25, 2006.

DATED this 14th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 14, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden