UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>        Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**PROPOSED<br>ORDER SCHEDULING<br>EVIDENTIARY HEARING** |

After due consideration of defendant's Motion for Evidentiary Hearing Regarding Defendant's Motion to Suppress Evidence, the court GRANTS/DENIES the motion.

An evidentiary hearing shall be held at _____ a.m./p.m., on _____, 2006.

DATED _____, 2006, in Anchorage, Alaska.

                                                            _____<br>
                                                                  John D. Roberts<br>
                                                           United States Magistrate Judge