M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>                Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

       Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, moves this court to continue the trial currently scheduled for April 12, 2006, in the above-styled matter.  This motion is necessary in order to give the parties adequate time to litigate the pretrial motion filed by Mr. Franklin.

       Originally, the pretrial motions deadline was scheduled for February 27, 2006.  Because of a delay in the discovery process, the pretrial motions deadline was extended

to March 13, 2006.  Mr. Franklin has filed a motion to suppress evidence and requested an evidentiary hearing.[1]

The motion to suppress will be dispositive of the case.  The outcome of the suppression will have a direct bearing on Mr. Franklin's trial decisions.  A continuance of the trial in his case is appropriate in order to preserve Mr. Franklin's Fifth Amendment right to due process and Sixth Amendment right to effective assistance of counsel.  In addition, a continuance is appropriate to provide Mr. Franklin adequate time to litigate his pretrial motion and, if necessary, to discuss a negotiated disposition of the case with the government.

As Mr. Franklin was initially arraigned on February 16, 2006, and a pretrial motion is currently pending, a continuance of 30 days will not extend the 70-day speedy trial period.

This motion is filed pursuant to D. Alaska Loc. R. 47.1. and 18 U.S.C. § 3161(h)(1)(F).  Assistant United States Attorney Tom Bradley, on behalf of James Barkeley, is unopposed to the continuance.

///

///

///

///

///

///

---

[1] Mr. Franklin's motion was filed late due to a problem with the computer system in the Federal Defender's Fairbanks office on Monday, March 13, 2006.

DATED this 15th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 15, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden