UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>        Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**PROPOSED**<br>**ORDER CONTINUING TRIAL DATE** |

After due consideration of defendant's Unopposed Motion to Continue Trial Date, the court GRANTS/DENIES the motion. The trial date of April 12, 2006, is hereby vacated. Trial is rescheduled for _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge