UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>        Defendant. | Case No. 3:06-cr-00008-JWS-JDR<br><br>**ORDER SCHEDULING<br>EVIDENTIARY HEARING** |

After due consideration of defendant's Motion for Evidentiary Hearing Regarding Defendant's Motion to Suppress Evidence, (Docket No. 18) the court GRANTS the motion.

An **evidentiary hearing shall be held at 9:30 a.m., on March 22, 2006**. At this hearing the government shall have the burden of going forward with the evidence to show that the warrantless traffic stop and search of the vehicle Franklin was driving on or about August 26, 2005 was lawful, and that any search warrant based on the fruits of the warrantless stop/search of said vehicle was not discovered as the result of being "fruit of the poisonous tree" as proscribed in <u>Wong Sun v. United States</u>, 371 U.S. 471 (1963) and its progeny.

DATED this 15th day of March, 2006, at Anchorage, Alaska.

    **/s/ John D. Roberts**
    JOHN D. ROBERTS
    United States Magistrate Judge