M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>                    Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**ERRATA TO UNOPPOSED MOTION TO CONTINUE TRIAL (DOCKET 19)** |

        Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff

Attorney, notifies the court and the government that the Unopposed Motion to Continue

Trial, filed March 15, 2006, at Docket 19, should have been filed on shortened time and

asks that the court treat the motion as such.  Counsel apologizes for any inconvenience

this oversight may have caused.

///

///

///

///

DATED this 16th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 16, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden