DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JERRY B. FRANKLIN, JR.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:06-cr-0008-JWS<br><br>**NON-OPPOSITION MOTION FOR EXTENSION OF TIME TO FILE UNITED STATES' RESPONSE & TO CONTINUE THE EVIDENTIARY HEARING CURRENTLY SET FOR MARCH 22, 2006, at 9:30 a.m.**<br><br>Filed on Shortened Time |

COMES NOW the United States Attorney's Office, for the District of Alaska, by and through James Barkeley, Assistant U.S. Attorney, and requests an extension of time to file its response to defendant's Motion to Suppress Evidence, filed at docket 16 and to continue the evidentiary hearing currently scheduled for

March 22, 2006, at 9:30 a.m. The Court issued an order (docket 20) scheduling a response deadline of March 21, 2006.

AUSA James Barkeley is currently on leave and out of the district. AUSA Barkeley will return to the office on Tuesday, March 28, 2006. Counsel for the defendant, M.J. Haden, will also be out of the office March 20-24, 2006.

For the foregoing reasons, the United States respectfully requests an extension of time to respond to the defendant's Motion to Suppress (dkt. 16) to a date after March 28, 2006, and to reschedule the evidentiary hearing sometime after March 30, 2006.

Counsel for the defendant was informed on this date of the government's intent to file this motion, and stated that she does not oppose the request.

RESPECTFULLY SUBMITTED, this 16th day of March, 2006.

DEBORAH M. SMITH
Acting United States Attorney


s/ James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2006,
a copy of the foregoing was served
electronically on:

M.J. Haden
Staff Attorney
Federal Public Defender's Agency

s/ James Barkeley