IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )    No.  3:06-cr-0008-JWS-JDR
    )
        Plaintiff,    )    **ORDER**
    )
    v.    )
    )
    )
JERRY B. FRANKLIN, JR.,    )
    )
        Defendant.    )
    )

Having considered the Government's Non-Opposition Motion for Extension of Time to File United States' Response & to Continue the Evidentiary Hearing currently set for March 22, 2006, at 9:30 a.m., for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

Government's response deadline of March 21, 2006, is hereby VACATED and continued to:  _March_____, 2006.  The evidentiary hearing currently scheduled for March 22, 2006, at 9:30 a.m. is hereby VACATED and RESET to March_____, 2006, at ___:___ a.m. / p.m

IT IS SO ORDERED.

DATED this ____ day of March, 2006,  at Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE