(Rev 3/06)

# LIST OF EXHIBITS

---

Case No. 3:06-cr-00008-JWS       Magistrate Judge: **JOHN D. ROBERTS**

Title    U.S.A.
vs.
         Jerry Benjamin Franklin, Jr.

Dates of Hearing/Trial:   March 22, 2006

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| *Stephan Collins* (signature) | *Michael Dieni* (signature) |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 3/20/06 | Photographs - BMW | A | ✓ | 3/22/06 | Officer Haas Impound Report |
| 2 | ✓ | 3/20/06 | " " Passenger side | B |  |  |  |
| 3 | ✓ | 3/20/06 | " " items in car | C | ✓ | 3/22/06 | Photograph |
| 4 | ✓ | 3/20/06 | " " " " | D |  |  |  |
| 5 | ✓ | 3/20/06 | " " basket | E |  |  |  |
| 6 | ✓ | 3/20/06 | " " " " | F |  |  |  |
|  |  |  |  | G |  |  |  |
|  |  |  |  | H |  |  |  |
|  |  |  |  | I |  |  |  |
|  |  |  |  | J | ✓ | 3/20/06 | Policy 6 page inventory doc |
|  |  |  |  |  |  |  |  |

**SCANNED**