MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JERRY BENJAMIN FRANKLIN, JR.*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:06-cr-00008 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  March 24, 2006

    The motion to continue trial at docket 19 is **GRANTED** to the following extent: The final pretrial conference and the trial by jury are **CONTINUED** to **8:30 AM** and **9:00 AM** respectively on **May 2, 2006.**  The new trial date is within the Speedy Trial window when excludable delay is considered.