M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>          Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**NOTICE OF INTENT TO ENTER CONDITIONAL PLEA** |

Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, notifies this court of his intent to enter a conditional guilty plea to Count One of the Indictment, pursuant to Rule 11(a)(2), *in the event that this court denies his motion to suppress evidence at Docket 16.* The motion to suppress is dispositive.  The parties are in agreement that should the court deny the motion, Mr. Franklin will enter a conditional guilty plea to Count One of the Indictment and may seek appellate review of the adverse ruling.  The parties further agree that the government will dismiss Count Two.  The parties are prepared to file a written plea agreement following the final ruling on the motion to suppress.  Mr. Franklin requests that the court vacate the final pretrial conference and trial

date of May 2, 2006, and, should the court deny Mr. Franklin's motion to suppress, set a date for the change of plea.

DATED this 24th day of April 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on April 24, 2006,
a copy of the **Notice of Intent to
Enter Conditional Plea** was
served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden