### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *JERRY BENJAMIN FRANKLIN, JR.*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:06-cr-00008 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**                    Date: May 3, 2006

---

At docket 16, defendant Franklin moves to suppress evidence obtained in connection with a traffic stop on August 26, 2005, the ensuing search of the automobile, and the fruits thereof. The magistrate judge conducted an evidentiary hearing on the motion. A transcript was prepared and filed at docket 31. In his report at docket 32, Magistrate Judge Roberts recommended that the motion be denied. Franklin filed timely objections at docket 33. The United States did not reply to the objections. In a final report at docket 35, the magistrate judge provides further discussion and analysis, but continues to recommend that the motion be denied.

This court reviews conclusions of law recommended by the magistrate judge *de novo*. This court reviews findings of fact recommended by the magistrate judge to which an objection has been taken *de novo* and all other recommended findings of fact for clear error. This court has reviewed the motion papers, the recommendations, the objections, and the transcript. This court has applied the standard of review described above in doing so. Based on that review, this court finds that the findings of fact and conclusions of law recommended by Magistrate Judge Roberts are correct in all material respects and adopts them. Based thereon, the motion at docket 16 is **DENIED**.

---