DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00008 (JWS) |
| | ) | |
| Plaintiff, | ) | **UNITED STATES'** |
| | ) | **SENTENCING** |
| v. | ) | **MEMORANDUM** |
| | ) | |
| JERRY BENJAMIN FRANKLIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, for the District of Alaska, by and through James Barkeley, Assistant U.S. Attorney, and hereby files its sentencing memorandum.

The government does not intend to put on any evidence at the sentencing hearing. No controversy, of any sort, is expected. The defendant has admitted the relevant, aggravating drug quantity at page 10 of his plea agreement. The government lacks any evidence of further amounts of methamphetamine, other relevant conduct, or any advisory guideline enhancements.

The government agrees with the (advisory) United States Sentencing Guideline calculations set out in the Second Addendum to the PSR: the defendant faces a total offense level of 23 and a Criminal History Category of I, resulting in a range of 46-57 months. However, as indicated by the plea agreement and the PSR, Title 21 United States Code Section 841 (b)(1)(B)(viii) requires that the defendant be sentenced to a mandatory minimum of 5 years' imprisonment in this case. That is the government's recommendation; the statutory mandatory minimum will serve all of the purposes of 18 U.S.C. section 3553 and constitutes a reasonable sentence in this case.

It must be noted that, as indicated by the cooperation language in the plea agreement and the draft PSR, the defendant appeared to be otherwise eligible for safety valve relief, which (after a debriefing meeting the statutory requirements) might have allowed the defendant some relief from the mandatory 5 year minimum. However, this opportunity was extended by the government, and on July

12, 2006, through counsel, the defendant declined to be interviewed for that purpose. Thus, it has been represented to the government that the defendant realizes that he is ineligible for safety valve relief and will not be pursuing it at sentencing.

Finally, the government's ancillary recommendations are that the defendant be found unable to pay a fine, and that he be sentenced to the maximum supervised release term of four years, in light of the indications of possible substance abuse.

RESPECTFULLY SUBMITTED, this 18th day of July, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2006, a copy of the foregoing was served electronically on:

M.J. Haden
Staff Attorney
Federal Public Defender's Agency

s/ James Barkeley