M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>               Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant, Jerry B. Franklin, Jr., by and through counsel M. J. Haden, Staff Attorney, hereby submits the following sentencing memorandum to aid the court at the imposition of sentence hearing scheduled for Tuesday, July 25, 2006.

Mr. Franklin originally was charged in a two count indictment alleging one count of possession of methamphetamine with intent to distribute in violation of 21 U.S.C. § 841 and one count of attempt to manufacture methamphetamine in violation of 21 U.S.C. § 846.  Pursuant to a written plea agreement, Mr. Franklin entered a conditional plea to the possession with intent to distribute charge.  The government will dismiss the attempted manufacturing charge at the time of sentencing.

The presentence report writer has calculated Mr. Franklin's advisory guideline range as 46 to 57 months.  Mr. Franklin agrees with this calculation.  In addition, there are no unresolved issues concerning the presentence report.  There is no restitution owed.  Mr. Franklin agrees with the presentence report writer in her assessment that he does not now have nor will have in the future the ability to pay a fine.

Because Mr. Franklin is charged with possession with the intent to distribute more than five grams of methamphetamine, under 21 U.S.C. § 841(b)(1)(B), he faces a five year mandatory minimum even though his advisory guideline range is less.  Thus, Mr. Franklin respectfully requests that the court impose the following sentencing:

- Five years incarceration

- Four years of supervised release

- Special assessment of $100.

As is evident from the presentence report, Mr. Franklin suffers from a long-standing substance abuse problem.  Mr. Franklin asks that the court strongly recommend that he be allowed to participate in the Bureau of Prisons' 500 Hour Drug and Alcohol Program.

///

///

///

///

///

///

2

DATED this 18th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 18, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden