M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JERRY B. FRANKLIN, JR.,<br><br>                Defendant. | Case No. 3:06-cr-0008-JWS<br><br>**NOTICE OF APPEAL** |

       Notice is hereby given that defendant Jerry B. Franklin, Jr., appeals to the United States Court of Appeals for the Ninth Circuit from the

       (X)    conviction only (Fed. R. App. P. 4(b)(1)(A))

       ( )    conviction and sentence

       ( )    sentence only (18 U.S.C. § 3742)

       ( )    order of restitution entered in this action.

       The sentence imposed was 5 years incarceration, 4 years supervised release, and a $100 special assessment.

DATED this 31st day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden