UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

```
UNITED STATES OF AMERICA,        )  ORDER FOR TIME SCHEDULE
                                 )
                                 )  CA No.:
Plaintiff-Appellee               )
                                 )  DC No.: 3:06-cr-00008-JWS
                                 )
vs.                              )  District of Alaska
                                 )  Notice of Appeal filed: 7/31/06
JERRY B. FRANKLIN, JR.           )
                                 )  ( ) CJA or F.P.    ( ) Paid Appeal
                                 )  ( ) Apptd Counsel (X) Fed Defender
                                 )  ( ) Retained Counsel
Defendant(s)- Appellant          )  ( ) Advisory Counsel only
                                 )  ( ) On Bail        (X) In custody
_____) ( )_____
```

The parties, counsel, and court personnel, in the processing of this appeal, will comply with the following time schedule:

1.  If not exempt, the docket fee will be transmitted to the         IMMEDIATELY
    Clerk of the District Court

2.  The date the transcript will be ordered from the court
    reporter. (If this case is under CJA, give the date that          8/21/06
    the order is to be given to the court reporter.)

3.  The court reporter's transcript will be filed in the
    District Court
    (Certificate of Record will be submitted to the court of          9/20/06
    Appeals by the Clerk of the District Court immediately
    upon the filing of the transcript. The Certificate of
    Record indicates  that the complete trial court record
    including designated transcripts is available for use of
     the parties.)

4.  Appellants' opening brief and excerpts of record will be
    served and filed pursuant to Circuit Rules  32 and 31-2           10/30/06

5.  The appellee's brief will be served and filed pursuant
    to Circuit Rules 32 and 31-2                                      11/29/06

6.  The appellant's (optional) reply brief will be  served
    and filed pursuant to Circuit Rules 32 and 31-2                   12/13/06

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: Cir.  Rule 32  sets  length         For the Court:
limitations on  briefs. Cir. Rule
42-1  requires  that  this appeal         Cathy A. Catterson
may  be  dismissed  if appellants         Clerk, U.S. Court of Appeals
brief is not timely filed.

                                          By:____Pam Richter_____
                                                 Deputy Clerk
                                                 U.S. District Court