RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

AUG 0 8 2006
FILED 080806   M.S.
DOCKETED 080806   M.S.
DATE   INITIAL

**CASE INFORMATION:**
Short Case Title: USA v Jerry B. Franklin, Jr.
Court of Appeals No. (leave blank if unassigned): _____
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:06-cr-00008-JWS
Date Complaint/Indictment/Petition Filed: 1/18/06
Date Appealed Order/Judgment *entered*: 7/28/06
Date NOA *filed*: 7/31/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

**06-30440**

RECEIVED
AUG 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: April Karper (907) 677-6102; Robin Carter (907) 677-6127; Shannon Johnson (907) 451-5791

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _    Date Docket Fee billed: _
Date FP granted: _         Date FP denied: _
Is FP pending? no          Was FP Limited/Revoked? no
US Government Appeal?  no
Companion Cases? Please list: n/a

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                     Appellee Counsel:
M. J. Haden                            James N. Barkeley
601 West Fifth Avenue, Suite 800       222 West Seventh Avenue, #9
Anchorage, AK  99501                   Anchorage, AK  99513
MJ_Haden@fd.org                        jim.barkeley@usdoj.gov
907-646-3480                           907-271-1500

__retained   __CJA   X FPD   __Other   Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: _              Address: _
Custody: Yes
Bail: _

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _____       9th Circuit Docket Number: _____

---

Name and phone number of person completing this form: Pam Richter
907-677-6125