**RECEIVED**
**DEC 0 6 2006**
**CLERK U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __06-30440__   U.S. District Court # __3:06-cr-0008-JWS__

Short Case Title   __United States v. Jerry Benjamin Franklin, Jr.__

Date Notice of Appeal Filed by Clerk of District Court   __7/31/2006__

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
| 3/22/06 |  | PRE-TRIAL PROCEEDINGS **Evidentiary Hearing** |
|  |  | OTHER: |

(Attach Additional Page for Designations if Necessary)

( )   As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )   I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )   I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __12/6/06__   Estimated Date for Completion _____

Signature of Attorney _[signature]_   Phone Number __646-3400__

Address   __Assistant Federal Defender__

__601 West 5th Avenue, Suite 800__

__Anchorage, AK 99501__

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( )  Arrangements for payment were made on _____

( )  Arrangements fo payment have not been made pursuant to FRAP 10 (b).
Approximate Number of Pages _____ Due

Date_____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____