UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

DEC 14 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30440 |
| Plaintiff - Appellee, | D.C. No. CR-06-00008-A-JWS<br>District of Alaska, Anchorage |
| v. | RECEIVED |
| JERRY BENJAMIN FRANKLIN, JR., | ORDER   DEC 1 8 2006 |
| Defendant - Appellant. | CLERK, U.S. ......... COURT<br>ANCHORAGE, ALASKA |

The appellee's motion for an extension of time in which to file the answering brief is granted. The answering brief is due January 19, 2007. The optional reply brief is due 14 days after service of the answering brief.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 12.11