NELSON P. COHEN
United States Attorney

James N. Barkeley
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax (907) 271-5011
Email jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0008-JWS |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO |
| | ) | DISMISS THE INDICTMENT |
| vs. | ) | |
| | ) | FILED ON SHORTENED TIME |
| JERRY B. FRANKLIN, JR, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, by and through counsel, pursuant to federal rule of criminal procedure 48(a), and hereby moves to dismiss, with prejudice, the indictment in this case.  All charges against the defendant must be dismissed in light of the 9th Circuit Court mandate.  It is the government's understanding that the mandate was issued on or about June 6, 2007, reversing and

remanding this court's suppression of the evidence.[1]  The parties respectfully ask that the Court act immediately when the mandate re-invests this court with jurisdiction, and grant this motion promptly.

RESPECTFULLY SUBMITTED this 8th day of June, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/James N. Barkeley
James N. Barkeley
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., #9, Rm 253
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax (907) 271-5011
Email jim.barkeley@usdoj.gov

**Certificate of Service**
I certify that a copy of the
foregoing Motion was sent
electronically through ECF to:

M.J. Haden
mj_haden@fd.org

s/Danielle Newberry
Legal Assistant

---

[1] See memorandum opinion of May 29, 2007 in U.S. Court of Appeals for the 9th Circuit case number 06-30440.