IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0008-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO DISMISS THE |
| | ) | INDICTMENT |
| JERRY B. FRANKLIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the Motion filed by the United States for dismissal of the

Indictment against JERRY B. FRANKLIN, JR., said Indictment being previously

filed on January 18, 2006 , it is hereby ordered that pursuant to Rule 48(a) of the

Fed. R. Crim. P., the Indictment in this case is **DISMISSED**.

**IT IS SO ORDERED**.

DATED this 15th day of June, 2007, at Anchorage, Alaska.


/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE